UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MITCHELL DINNERSTEIN,

          Plaintiff,

v.

STATE OF NEW JERSEY, et al.,

          Defendants.

Civil Action No. 19-4594 (MAS) (DEA)

**MEMORANDUM ORDER**

This matter comes before the Court upon the application of pro se Plaintiff Mitchell Dinnerstein ("Plaintiff") to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915 (Appl., ECF No. 1-3) and supporting documents (ECF No. 1-4). Plaintiff failed to comply with the application's instructions, which require applicants to "[c]omplete all questions in [the] application. . . . Do not leave any blanks: if the answer to a question is '0,' 'none,' or 'not applicable (N/A),' write that response." (Appl. 1.) Plaintiff's application contains numerous blanks. (*See id.* at 3-5.) Plaintiff also submitted supplemental correspondence indicating that he forgot to disclose an account on his application. (ECF No. 2.) Based on Plaintiff's incomplete responses and omission, the Court finds good cause to deny Plaintiff's application. Accordingly,

**IT IS** on this 4th day of May 2020 **ORDERED** that:

1. Plaintiff's application to proceed without prepayment of fees (ECF No. 1-3) is **DENIED**.

2. The Clerk shall close this matter.

2

3. By **June 4, 2020**, Plaintiff may submit a new application, the form of which is attached to this Memorandum Order. **Plaintiff must comply with the instructions provided in the application.** Alternatively, by **June 4, 2020**, Plaintiff may submit the $400 filing fee, and the Clerk will reopen the matter.

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**